# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | | |
|---|---|---|
| JOHN THOMAS ENTLER, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:17-CV-5118-TOR |
| | ) | |
| | ) | |
| ROBERT HERZOG, et al., | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:    This action is dismissed without prejudice for failure to comply with 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge            Thomas O. Rice _____ .

Date:   December 18, 2017              *CLERK OF COURT*
        _____

                                       SEAN F. McAVOY
                                       _____

                                       s/ Linda L. Hansen
                                       _____
                                                  *(By) Deputy Clerk*

                                       Linda L. Hansen